IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SUSAN L. HORNBUCKLE,<br><br>Plaintiff,<br><br>vs.<br><br>ADECCO USA, INC.<br><br>Defendant. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**<br><br>Case No: 1:07-CV-110 TC<br><br>District Judge Tena Campbell<br>Magistrate Judge David Nuffer |

Plaintiff Susan Hornbuckle has filed a motion requesting that Defendant Adecco USA, Inc., be compelled to produce a company representative pursuant to Federal Rule of Civil Procedure 30(b)(6) to provide deposition testimony about certain topics.[1] Adecco has filed an opposition.[2] The factual background for Hornbuckle's motion is set forth more fully in the parties' memoranda.[3]

After carefully considering the parties' submissions, the court rules as follows:

The Motion to compel is GRANTED IN PART and DENIED IN PART.

**Topics 1-11** are improper **at this time** for the reasons stated in the court's order of May 23, 2009.[4]

---

[1] Plaintiff's Motion to Clarify Order and Compel Discovery, docket no. 32, filed September 21, 2009.

[2] Memorandum in Opposition to Plaintiff's Motion to Clarify Order and Compel Discovery (Opposition Memorandum), docket no. 38, filed October 1, 2009.

[3] Memorandum in Support of Plaintiff's Motion to Clarify Order and Compel Discovery at 1-4, docket no. 33, filed September 21, 2009; Opposition Memorandum at 1-4.

[4] Docket no. 27.

**Topic 12** is **stricken**.

**Topic 13** shall be treated as a contention interrogatory and shall be answered on or before October 13, 2009.

**Topic 14** is **stricken**.

**Topics 1-5 on Deposition Day 3 ("DD3")** are **stricken.**

October 5, 2009.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge
